**STATE of Missouri, Respondent,**

v.

**Delbert R. COLLINS, Appellant.**

**No. WD 36472.**

Missouri Court of Appeals,
Western District.

July 23, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

Application to Transfer Denied Oct. 16, 1985.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and SOMERVILLE, JJ.

ORDER

PER CURIAM:

Defendant appeals from a jury trial conviction of arson in the second degree, a class C felony, § 569.050, RSMo 1978, and sentence as a prior offender to a three-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).